KAMER ZUCKER ABBOTT
Jen J. Sarafina                    #9679
Kaitlin H. Ziegler                 #13625
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFHRELL KERR, | ) | Case No. 2:17-cv-01569-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| WYNN LAS VEGAS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 21st day of September, 2017.

LAW OFFICE OF MARY F. CHAPMAN, LTD.

By: _____
Mary F. Chapman    #6591
8440 West Lake Mead Boulevard
Suite 203
Las Vegas, Nevada 89128
Tel: (702) 202-4223

Attorney for Plaintiff
Jefhrell Kerr

KAMER ZUCKER ABBOTT

By: _____
Jen J. Sarafina         #9679
Kaitlin H. Ziegler      #13625
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

IT IS SO ORDERED.

DATE: 10/3/2017

_____
UNITED STATES DISTRICT JUDGE